UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GLENN GUILLORY,<br>Defendant. | Case No. 14-cr-00607-PJH-3<br><br>**ORDER REQUIRING PROPOSED JURY INSTRUCTIONS CONFORMING TO PRETRIAL ORDER** |

Having reviewed the proposed jury instructions filed by the government, doc. no. 295, the court ORDERS the government to submit amended instructions to reflect the court's earlier order granting defendant's request to include the following modification to the ABA model bid-rigging instruction (Proposed Instruction No. 30): "An internal agreement only between owners and employees of the same company does not constitute a conspiracy." Doc. no. 290 at 13.

The government shall electronically file the amended instructions and email a blind copy of the instructions as a Word document to the court's proposed order mailbox and to defense counsel.

**IT IS SO ORDERED.**

Dated: April 10, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge