UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>GLENN GUILLORY,<br>Defendant. | Case No. 14-cr-00607-PJH-3<br><br>**ORDER FOR SELF SURRENDER** |

Mandate having issued on the judgment of the court of appeals affirming the conviction, **IT IS ORDERED** that the stay of the sentence pending appeal is hereby lifted. **IT IS FURTHER ORDERED** that the defendant, Glenn Guillory, shall self surrender to the United States Marshal by noon on October 5, 2018. The appearance bond is exonerated upon surrender of the defendant.

**IT IS SO ORDERED.**

Dated: September 5, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge